```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
UNITED STATES OF AMERICA                                        :
                                                                :    ORDER REGULATING
         -against-                                              :    PROCEEDINGS
                                                                :
ANGEL RAMIREZ,                                                  :    17 Cr. 693 (AKH)
                                                                :
                                    Defendant.                  :
                                                                :
--------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On May 2, 2019, Defendant Angel Ramirez was sentenced to 108 months' imprisonment, to be followed by 5 years' supervised release, for Conspiracy to Commit Sex Trafficking of a Minor, in violation of 18 U.S.C. §§ 1594(c), 1951(b)(1)(2). On March 8, 2021, Defendant filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 103), which he renewed on May 20, 2021 (ECF No. 104).

        The Government is hereby ordered to respond by June 11, 2021, and to describe therein conditions of FCI Fort Dix. Defendant shall reply by July 2, 2021.

        SO ORDERED.

Dated:    May 21, 2021                           _____/s/_____
           New York, New York                  ALVIN K. HELLERSTEIN
                                                              United States District Judge